**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KENO JONES, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:06-cv-1222-SEB-VSS |
| | ) |
| CRAIG HANKS, | ) |
| | ) |
| Respondent. | ) |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 12/15/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Keno Jones, DOC #906344, Pendleton Correctional Facility, P.O. Box 30,
    Pendleton, IN 46064
Office of the Indiana Attorney General, Indiana Government Center South, Fifth
    Floor, 402 West Washington Street, Indianapolis, IN 46204-2770